**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **G. TSANG,** | Case No.: 14-CV-0493 YGR |
| Plaintiff, | **ORDER STAYING CASE, VACATING CASE MANAGEMENT CONFERENCE AND MOTION HEARING, DENYING AS MOOT ORDER TO SHORTEN TIME, AND SETTING STATUS UPDATE HEARING** |
| v. | |
| **LEXISNEXIS RISK SOLUTIONS INC.; FIRST ADVANTAGE BACKGROUND SERVICES CORP,** | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The parties' joint case management statement, filed July 21, 2014, apprised the Court that plaintiff G. Tsang is a member of the purported settlement class in *Goode v. First Advantage LNS Screening Solutions, Inc.*, E.D. Pa. Case No. 11-2950, where a motion for preliminary approval of a class action settlement is pending. (Dkt. No. 48 at 6.) Plaintiff requests a stay in favor of *Goode* and defendant does not oppose. (*Id.*)

The Court hereby **STAYS** the above-captioned matter in favor of *Goode*. Accordingly, the Court **VACATES** both the case management conference set for Monday, July 28, 2014, and the motion hearing set for Tuesday, July 29, 2014, both subject to rescheduling at a later date if necessary. The Court **DENIES AS MOOT** the parties' stipulation to hold the July 29 motion hearing concurrent with the July 28 case management conference. (Dkt. No. 47.)

The Court **SETS** this matter for a Status Update hearing on the Court's 9:01 am Calendar on **Friday, October 10, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay

Street in Oakland, California. At least five (5) business days prior to the date of the Status Update hearing, the parties shall file a joint statement informing the court of the status of *Goode* and, if applicable, plaintiff's intention to opt out of or object to the settlement, or appeal any ruling on his objections.

Failure to comply may result in sanctions.

This Order terminates Dkt. No. 47.

**IT IS SO ORDERED.**

Dated: July 22, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**