# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G. TSANG,**<br><br>        **Plaintiff,**<br><br>        **v.**<br><br>**LEXISNEXIS RISK SOLUTIONS INC.; FIRST ADVANTAGE BACKGROUND SERVICES CORP,**<br><br>        **Defendants.** | **Case No.: 14-CV-0493 YGR**<br><br>**ORDER CONTINUING STATUS UPDATE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In light of the parties' Amended Joint Status Update, Notice of Settlement and Request for Adjournment of Conference (Dkt. No. 51), the Court hereby **CONTINUES** the Status Update hearing scheduled for Friday, October 10, 2014 to **Friday, October 31, 2014** at 9:01 am in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. At least five (5) business days prior to the date of the Status Update hearing, the parties shall file: (1) a stipulated dismissal; or (2) a joint statement informing the court of the status of *Goode* and the settlement discussions in this case. Failure to comply may result in sanctions.

This Order terminates Dkt. No. 51.

**IT IS SO ORDERED.**

Dated: October 9, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**