| | |
|---|---|
| JEFFREY F. KELLER (SBN 148005) <br> jfkeller@kellergrover.com <br> ERIC A. GROVER (SBN 136080) <br> eagrover@kellergrover.com <br> CAREY G. BEEN (SBN 240996) <br> cbeen@kellergrover.com <br> **KELLER GROVER LLP** <br> 1965 Market Street <br> San Francisco, California 94103 <br> Telephone: (415) 543-1305 <br> Facsimile: (415) 543-7861 <br><br> Attorneys for Plaintiff <br> G. TSANG | JOHN P. ZAIMES (SBN 91933) <br> John Nadolenco (SBN 181128) <br> Barrett L. Schreiner (SBN 266617) <br> **MAYER BROWN LLP** <br> 350 South Grand Avenue, 25th Floor <br> Los Angeles, CA 90071-1503 <br> Telephone: (213) 229-9500 <br> Facsimile: (213) 625-0248 <br><br> Attorneys for Defendant <br> FIRST ADVANTAGE BACKGROUND SERVICES, CORP. |

Dianne A. Bettino (Admitted *Pro Hac Vice*)
Mark S. Melodia (Admitted *Pro Hac Vice*)
Paul Bond (Admitted *Pro Hac Vice*)
**REED SMITH LLP**
136 Main Street, Suite 250
Princeton, NJ  08540
Telephone:    (609) 514-5962
Facsimile:     (609) 951-0824

Attorneys for Defendants
LEXISNEXIS RISK SOLUTIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (OAKLAND DIVISION)

| | |
|---|---|
| G. TSANG, individually and on behalf of classes of similarly situated individuals, <br><br>                      Plaintiffs, <br><br>    v. <br><br> LEXISNEXIS RISK SOLUTIONS INC.; and FIRST ADVANTAGE BACKGROUND SERVICES, CORP., <br><br>                      Defendants. | Case No: 14-cv-0493-YGR <br><br> <u>CLASS ACTION</u> <br> ORDER GRANTING <br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Ctrm:    4, 3rd Floor <br> Judge:   The Hon. Yvonne Gonzalez Rogers <br><br> Action Filed:  January 31, 2014 |

1   IT IS HEREBY STIPULATED by Plaintiff G. Tsang ("Plaintiff") and Defendants LexisNexis Risk Solutions Inc. and First Advantage Background Services, Corp. (collectively "the Parties"), through their respective counsel, that the entire above-captioned action be and hereby is dismissed. The dismissal shall be and hereby is made with prejudice with respect to Plaintiff's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS FURTHER STIPULATED that the allegations asserted by Plaintiff on behalf of a putative class be and hereby are dismissed without prejudice. Under Rule 23 of the Federal Rules of Civil Procedure, as amended in 2003, notice to the putative class "is not required when the settlement binds only the individual class representatives." *See Advisory Committee Notes on 2003 Amendments to Rule 23,* Subdivision (e), Paragraph (1). This dismissal binds only Plaintiff G. Tsang and does not resolve the claims, issues, or defenses of the alleged putative class.

IT IS FURTHER STIPULATED that with the exception of any amounts set forth in any settlement agreements entered into by the parties on or before the dates set forth below, and in consideration of those settlements and the dismissal of the lawsuit, each party shall bear its own costs and attorneys' fees incurred as part of or as a result of this litigation.

**IT IS SO STIPULATED.**

Dated: October 28, 2014         **KELLER GROVER LLP**

By:  /s/ *Carey G. Been*
        CAREY G. BEEN

*Counsel for Plaintiff*
G. TSANG

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax. 415.543.7861

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 28, 2014 | **MAYER BROWN LLP** |
| 3 | | |
| 4 | | By:  */s/ John Nadolenco* |
| 5 | | JOHN ZAIMES<br>JOHN NADOLENCO<br>BARRETT SCHREINER |
| 6 | | |
| 7 | | Attorneys for Defendant<br>FIRST ADVANTAGE BACKGROUND SERVICES, CORP. |
| 8 | | |
| 9 | | |
| 10 | Dated:  October 28, 2014 | **REED SMITH LLP** |
| 11 | | |
| 12 | | By:  */s/ Mark S. Melodia* |
| 13 | | MARK S. MELODIA<br>LINDA S. HUSAR<br>ELIZABETH BOCA |
| 14 | | |
| 15 | | Attorneys for Defendant<br>LEXISNEXIS RISK SOLUTIONS, INC. |

KELLER GROVER LLP
1965 Market Street, San Francisco, CA 94103
Tel. 415.543.1305 | Fax. 415.543.7861

It is so ordered.

Dated: October 53, 2014

[signature]

[VONNE'ONZ'ALEZ'ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE    3    CASE NO. 14-CV-0493-YGR